**Order filed, February 19, 2015.**



**In The**

# Court of Appeals
**For The**
# First District of Texas
_____

### NO. 01-14-01023-CR

### THE STATE OF TEXAS, Appellant

### V.

### SEAN MICHAEL MCGUIRE, Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case 10-DCR-055898**

## ORDER

The reporter's record in this case was due February 9, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Liz Wittu, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

/s/  Harvey Brown
    Acting individually